UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ANTONIO GUERRERO,                           **09 Cr. 339**   (RWS)
EDWIN MALDONADO,                         NOTICE OF MOTION
OMAR FLORES, and
JOHNNY CEDENO,

                            Defendants.
-------------------------------------------------------X

      PLEASE TAKE NOTICE that the defendant Antonio Guerrero will move this Court *in limine*, at a time and date to be set by the Court, at the Court House, 500 Pearl Street, New York, NY before the Hon. Robert W. Sweet, for the following relief during the trial of this matter:

1. Permitting the defendant to introduce in evidence the transcripts of the testimony of Deborah Gonzalez and Valerie Martinez in 1996 at the trial of Roberto Mercado in New York State Supreme Court, Index # 7705/94.

2. Precluding the Government from eliciting testimony of the mother of Fernando Garrido, one of the victims of the murders which took place on September 3, 1994 (Count 1 of the indictment).

3. Such other relief as to this court seems just and proper under the circumstances.

                                                                                                    Yours Etc.

                                                                  _____
Frederick H. Cohn
Attorney for Antonio Guerrero
61 Broadway
Suite 1601
New York, NY 10006
212-768-1110