UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

ANTONIO GUERRERO,
EDWIN MALDONADO,
OMAR FLORES, and
JOHNNY CEDENO,

09 Cr. 339   (RWS)

AFFIDAVIT

Defendants.
-----------------------------------------------------------X

State of New Jersey)
County of Sussex) ss:

JAMES B. DOWD, being duly sworn, deposes and says:

1. I am a licensed private investigator . Before becoming a private investigator I was a Detective Commander in the New York City Police Department:

2  On March 10, 2010, I interviewed Gloria A. Garrido, the mother of Fernando Garrido. I identified myself as the investigator for the defendant Antonio Guerrero.

3. Among other things, Ms. Garrido told me that until very recently she had never been contacted by any police or prosecutorial authority in regard to the death of her son Fernando, nor the trial of Roberto Mercado. She knew nothing of the circumstances of his death other than he was killed by a gunshot and taken to Jacoby Hospital in the Bronx.

4. Approximately one month ago she was visited by a Federal Agent who was in

the company of an unidentified female and was informed that they had been working on the case for more than ten years and that Antonio Guerrero was recently arrested for the murder of her son in 1994. When asked if the person who provided this information was Agent Mulham, she stated "yes, I think that was his name." Anything that she knows about her son's death and the prosecution she learned from them.

5. Ms. Garrido advises that she was asked by the Agent if she would be available to [the prosecution] if needed and she advised that she would be. As of March 10, 2010, no subpoena has been served on her.

_____
James Dowd

Sworn to the 15th day of March, 2010.

_____
Notary Public

Diane T. Dowd
Notary Public
New Jersey
My Commission Expires 09-18-2013
No. 2378116