UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ANTONIO GUERRERO,                             09 Cr. 339  (RWS)
EDWIN MALDONADO,
OMAR FLORES, and
JOHNNY CEDENO,

                          Defendants.
------------------------------------------------X

## RULE 29 MEMORANDUM ON BEHALF OF ANTONIO GUERRERO

Antonio Guerrero submits this short memorandum of law in support of his expected motion for a judgement of acquittal. The Government has failed to support the jurisdictional requirement that the homicides charged in counts 1 and 2 of the indictment were committed while engaged in a narcotics conspiracy.

Prosecution on the conspiracy itself is barred by the statute of limitations therefore it is no longer punishable. See ***United States v. Jones***, 101 F.3d 1263(8th Cir 1996), ***United States v. Holland***, 3 F.Supp2d 1293, (N.D. Ala. 1998) *aff'd* 198

1

F.3d 263 (11th Cir. 1999)(table). But see *United States v. Martinez*, 2001 WL 1287040 (S.D.N.Y.).

                                                 Respectfully submitted,

                                                 Frederick H. Cohn
                                                 Attorney for Antonio Guerrero
                                                 61 Broadway
                                                 Suite 1601
                                                 New York, NY 10006