**FREDERICK H. COHN**

ATTORNEY AT LAW

61 BROADWAY

SUITE 1601

NEW YORK, NY 10006

212-768-1110

FAX 212-267-3024

fcohn@frederickhcohn.com

MARCIA GOFFIN
OF COUNSEL



March 22, 2010

Honorable Robert W. Sweet
Daniel Patrick Moynihan USC
500 Pearl Street, Room 1940
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/10

United States v. Guerrero
09 Cr 339 (RWS)

Dear Judge Sweet:

This letter, submitted under the Criminal Justice Act, seeks further authorization for investigative services. Originally your authorized 150 hours for our investigator. This case, involving a murder occurring in 1994, has been extraordinarily complex. We have expended that authorized amount as well as inadvertently exceeded it by 35 hours.

Within the last few days the Government has filed a motion *in limine* alleging numerous uncharged crimes. Each must be investigated. In addition I expect that our investigator, James Dowd, will have to be available during the trial on a daily basis as we get Giglio material on myriad Government witnesses as well as following up on material disclosed as part of Jencks material.

We respectfully request that the Court authorize an additional 150 hours inclusive of the 35 hours already expended in excess of the initial authorization.

Respectfully submitted

Frederick H. Cohn

So ordered
Sweet
USDJ
6.10.10

cc: Jerry Tritz
    James Dowd