UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

Anthony Guerrero

------------------------------------x

ORDER

09 CR 339 (RWS)(RLE)
Docket #

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10

Ronald L. Ellis DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to this case
Frederick Cohen is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to Robert Krakow, NUNC-PRO-TUNC _____.
                    Attorney's Name

SO ORDERED.

_____ 6-28-10
Ronald Ellis
UNITED STATES DISTRICT JUDGE

6/28/10
Dated: New York, New York