```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,
                                           09 Cr. 339
     -against-                             OPINION AMENDMENT

ANTONIO GUERRERO, a/k/a "Tony,"

                    Defendant.
------------------------------------X
```

**Sweet, D.J.**

The opinion of this court dated October 2, 2014 (Dkt. No. 196) in the above titled action is hereby amended as follows:

The sentence of the opinion reading **"The sentencing opinion of January 19, 2012 ("Sentencing Opinion") provided that, subject to the sentencing hearing, the anticipated sentence was 25 years' imprisonment and five years' supervised release on each of the counts on which he was convicted, to run consecutively"** shall be replaced with the following language: **"The sentencing opinion of January 19, 2012 ("Sentencing Opinion") provided that, subject to the sentencing hearing, the anticipated sentence was 25 years' imprisonment and five years' supervised release on each of the counts on which he was convicted, to run concurrently."**

It is so ordered.

**New York, NY**
**October  8 , 2014**

_____
ROBERT W. SWEET
U.S.D.J.